# EXHIBIT A

# SUMMONS
## In the MARTIN Circuit Court No. ___

| | |
|---|---|
| JOSHUA K. LAKE,<br>      Plaintiff,<br><br>vs.<br><br>FRONTIER COMMUNICATIONS OF<br>INDIANA, LLC,<br>      Defendant. | CAUSE NO. 51C01-2104-CT-_____ |

**TO DEFENDANT:**  Frontier Communications of Indiana, LLC
C/O Corporation Service Co. – Registered Agent
135 North Pennsylvania St., Ste. 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: 4/30/2021                    _____(Seal)
                                    Clerk, Circuit Court of MARTIN County

(The following manner of service of summons is hereby designated.)

|   |   |
|---|---|
| __X__ | Registered or certified mail. – _____ |
| _____ | Service on individual - (Personal or copy) at above address. |
| _____ | Service at place of employment, to-wit: _____ |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other Service. (Specify) _____ |

John P. Daly, Jr., Esq. #11534-49
**GOLITKO & DALY, PC**
9450 N. Meridian Street, Ste. 250
Indianapolis, IN 46260
T: (317) 566-9600 / F: (317) 566-9606
John@golitkodaly.com
***Counsel for Plaintiff(s)***

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____
_____.

(2) By leaving a copy, and mailing a copy of the Summons and a copy of the complaint at _____
_____ which is the dwelling place or usual place of abode of _____
and mailing a copy;

(3) Other Service or Remarks: _____
_____

| Sheriff's Costs | By: | Sheriff |
|---|---|---|
|  |  | Deputy |

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Dated: _____, 2021.     By:     Clerk of the Circuit Court of MARTIN County
                                           _____
                                           Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2021.

                                           Clerk of the Circuit Court of MARTIN County
                                    By:    _____
                                           Deputy

| STATE OF INDIANA | ) | IN THE MARTIN CIRCUIT COURT |
|---|---|---|
|  | ) SS: | CIVIL DIVISION |
| COUNTY OF MARTIN | ) | CAUSE NO. 51C01-2104-CT-_____ |

JOSHUA K. LAKE,  )
      Plaintiff,  )
        )
vs.  )
        )
FRONTIER COMMUNICATIONS OF  )
INDIANA, LLC,  )
      Defendant.  )

## APPEARANCE BY ATTORNEY IN A CIVIL CASE

Party Classification: Initiating: __X__ Responding: _____ Intervening: _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### JOSHUA K. LAKE

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| NAME: | John P. Daly, Jr. | ATTORNEY NO.: | 11534-49 |
|---|---|---|---|
| ADDRESS: | GOLITKO & DALY, PC | TELEPHONE: | 317.566.9600 |
|  | 9450 N. Meridian St., Ste. 250 | FACSIMILE: | 317.566.9606 |
|  | Indianapolis, IN 46260 |  |  |
| EMAIL ADDRESS: | john@golitkodaly.com |  |  |

3. There are other party members: Yes __ No _X_ (*If yes, list on continuing page.*)

4. *If first initiating party filing this case*, the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): _CT_

5. I will accept service by fax at the above noted number: Yes __ No _X_

6. This case involves support issues: Yes __ No _X_ (*If yes, supply social security numbers for all family members on continuing page.*)

7. There are related cases: Yes __ No _X_ (*If yes, list on continuation page.*)

8. This form has been served on all other parties. Certificate of Service is attached: Yes _X_ No __.

9.     Additional information required by local rule: None.

Hereby submitted,

*/S/ John P. Daly, Jr., Esq.*
John P. Daly, Jr., #11534-49

**GOLITKO & DALY, PC**
9450 N. Meridian Street, Ste. 250
Indianapolis, IN 46260
317.566.9600 Telephone
317.566.9606 Facsimile
john@golitkodaly.com
***Counsel for Plaintiff(s)***

| STATE OF INDIANA | ) | IN THE MARTIN CIRCUIT COURT |
|---|---|---|
|  | ) SS: | CIVIL DIVISION |
| COUNTY OF MARTIN | ) | CAUSE NO. 51C01-2104-CT-_____ |

JOSHUA K. LAKE,  )
    Plaintiff,  )
                                 )
   vs.  )
                                 )
FRONTIER COMMUNICATIONS OF  )
INDIANA, LLC,  )
    Defendant.  )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, JOSHUA K. LAKE, by counsel, and for his claim for relief against the Defendant, FRONTIER COMMUNICATIONS OF INDIANA, LLC (hereinafter, "FRONTIER COMMUNICATIONS"), he alleges and states as follows:

1. At all relevant times herein, Joshua K. Lake (hereinafter "JOSHUA") was a resident of Shoals, Martin County, Indiana.

2. At all relevant times herein, FRONTIER COMMUNICATIONS was a Domestic Limited Liability Company engaged in business as an Indiana internet service provider with its registered agent located at 135 North Pennsylvania St., Ste. 1610, Indianapolis, Marion County, Indiana, 46204.

3. That on or about December 2, 2021, JOSHUA was operating his 1995 Ford F-350 northbound on SR 450 N. near the intersection of Hickory Ridge Rd. in Martin County, Indiana when his vehicle encountered a low hanging utility line that was hanging across SR 450 N causing his vehicle to flip and leave the roadway. The Plaintiff was trapped inside the vehicle and sustained severe and permanent injuries, including but not limited to, a traumatic brain injury that caused him to be in a coma, spinal injuries, etc.

4.  The above described collision was due to the negligent maintenance, repair and/or upkeep of the utility line owned and maintained by Defendant, FRONTIER COMMUNICATIONS.

5.  The careless and negligent actions of the Defendant was the proximate cause of the incident noted above.

6.  As a direct and proximate result of Defendant's negligence the Plaintiff has suffered severe and permanent injuries; has incurred hospital, medical and prescription expenses; has suffered physical and emotional pain; has missed opportunities to enjoy life; has lost wages; and will continue to incur such losses and damages.

WHEREFORE, the Plaintiff prays for judgment against the Defendant in an amount which will reasonably and fairly compensate him for all the losses and damages he has incurred to date and will incur in the future, for the cost of this action and for all other relief just and proper in the premises.

## REQUEST FOR JURY TRIAL

Plaintiff, by counsel, pursuant to Rule 38(b) of the Indiana Rules of Trial Procedure, requests that this case be tried by jury.

Respectfully submitted,

*/s/ John P. Daly, Jr., Esq.*
John P. Daly, Jr., Esq. #11534-49
**Counsel for Plaintiff(s)**

**GOLITKO & DALY, PC**
9450 N. Meridian St., Ste. 250
Indianapolis, IN 46260
317.566.9600 Telephone
317.566.9606 Facsimile
john@golitkodaly.com

2



9450 N. Meridian Street, Suite 250
Indianapolis, IN 46260





02 7H
0001311445   APR 30 2021
$ 007.16⁰
MAILED FROM ZIP CODE 46260

Frontier Communications of Indiana
C/O Corp. Service Co. – Reg. Agent
135 North Pennsylvania St., Ste. 1610
Indianapolis, IN 46204